IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.

LOURDES ENAMORADO,

    Plaintiff,

v.

E.N.T. SERVICES CORP.,
A Limited Liability Company and
TERESA CEBALLOS, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, E.N.T. SERVICES CORP.[1] and TERESA CEBALLOS, by through their undersigned counsel, hereby give notice of removal of this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, and states as follows:

    1.    On or about January 21, 2016, the Plaintiff filed the herein action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE16-001093 (09). A copy of the Plaintiff's complaint is attached hereto as **Exhibit A.**

    2.    The Defendants were served via process server on March 28, 2016. Therefore, the Notice of Removal is timely filed. See 28 U.S.C. §1446(b).

---

[1] Defendant E.N.T. Services Corp. is an improperly named party in the instant action and will be filing a Motion to Dismiss on this basis; reference to E.N.T. Services Corp. is used only to effectuate removal of the state court action under 28 U.S.C. § 1441(c).

1

4. Plaintiff filed this action against the Defendants for violations under the Fair Labor Standards Act as well as applicable state law.

5. Plaintiff originally filed its action against the Defendants in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida.

6. Pursuant to 28 U.S.C. §1446(d), these Defendants provided written notice to all adverse parties and filed a copy of this Notice of Removal with the Clerk of the Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. (A copy of the Notice of Removal to Opposing Counsel is attached hereto as **Exhibit B**; a copy of the Certification of Notice of Removal is attached hereto as **Exhibit C**).

WHEREFORE, Defendants, E.N.T. SERVICES CORP. and TERESA CEBALLOS, petitions this Court for removal of this action to the United States District Court for the Southern District of Florida, and requests that such removal be hereby effectuated and that this Court take jurisdiction of this action.

This **18th** day of **April**, 2016.

        LITCHFIELD CAVO LLP
        Attorneys for Defendants
        Radice Corporate Center
        600 Corporate Drive, Suite 600
        Fort Lauderdale, Florida 33334
        (954) 689-3000 - Office
        (954) 689-3001 – Facsimile
        passaro@litchfieldcavo.com
        swenka@litchfieldcavo.com
        Donaldson@litchfieldcavo.com

By: _/s/ Geralyn M. Passaro_
       Geralyn M. Passaro, Esq.
       Florida Bar No. 613533
       Angela M. Swenka, Esq.
       Florida Bar No.: 047397

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Removal* has been served on the **18th** day of **April**, 2016, via electronic mail to the following:

Peter M. Hoogerwoerd, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler St., Ste. 2200
Miami, FL 33130


　　　　　　　　　　　　　　　　　　　　*Geralyn M Passaro*
　　　　　　　　　　　　　　　　　　　　GERALYN M. PASSARO, ESQ.