IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 16-cv-60846-KMM

LOURDES ENAMORADO,

    Plaintiff,

v.

A.N.T. SERVICES CORP.,
A Limited Liability Company and
TERESA CEBALLOS, individually,

    Defendants.
_____/

## DEFENDANTS' MOTION TO APPROVE SETTLEMENT AND MOTION TO SEAL

Defendants, A.N.T. SERVICES CORP. and TERESA CEBALLOS, by and through the undersigned counsel, and pursuant to the FLSA and the Local Rules for the Southern District of Florida Rule 5.4 moves for entry of an Order Approving Settlement and Sealing the Settlement Agreement and as grounds states:

    1.    In this FLSA case, at a Court Ordered Settlement Conference, the parties entered into a confidential settlement agreement.

    2.    Among others, included in the settlement are claims for back wages and for payment of the Plaintiff's attorney's fees and costs. As such, the settlement requires Court approval. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982)(claims for back wages arising under the FLSA may be settled only with approval of the Court or the Secretary of Labor); *Silva v. Miller*, 307 F. Appx 349, 351 (11th Cir. 2009)(FLSA requires judicial review of the reasonableness of counsels legal

fees to assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement).

3. Contained within the Settlement Agreement are certain privileged and confidential statements and information regarding the nature of the settlement, the terms thereof, and the effect of the settlement on the parties continuing rights and obligations in this case and other pending matters.

3. As such the Settlement Agreement should not be part of the public record and the Court can approve the settlement in camera without the Settlement Agreement being filed in the public domain.

4. The parties suggest that the Settlement Agreement be sealed for a period not less than five years.

5. Defendants have conferred with counsel for the Plaintiff who agrees with the relief sought and the proposed Order which is attached herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was electronically filed with the Clerk of Court using CM/ECF.this 7th day of June, 2016, to **Peter M. Hoogerwoerd, Esq.** and **Waynice A. Green, Esq.**, Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, FL 33130, E-Mail: wgreen@rgpattorneys.com and PMH@rgpattorneys.com.

        LITCHFIELD CAVO LLP
        Attorneys for A.N.T. Services & Teresa Ceballos
        Radice Corporate Center
        600 Corporate Drive, Suite 600
        Fort Lauderdale, Florida 33334
        (954) 689-3000 - Office
        (954) 689-3001 – Facsimile
        passaro@litchfieldcavo.com
        Swenka@litchfieldcavo.com
        Donaldson@litchfieldcavo.com

By: _/s/ Geralyn M. Passaro_
        Geralyn M. Passaro, Esq.
        Florida Bar No. 613533
        Angela M. Swenka, Esq.
        Florida Bar No.: 47397