IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 16-cv-60846-KMM

LOURDES ENAMORADO,

    Plaintiff,

v.

A.N.T. SERVICES CORP.,
A Limited Liability Company and
TERESA CEBALLOS, individually,

    Defendants.
_____/

### ORDER ON DEFENDANTS' MOTION TO APPROVE SETTLEMENT AND MOTION TO SEAL

THIS CAUSE coming on to be heard on Defendants' Motion to Approve Settlement and Motion to Seal and upon agreement of counsel and this Court otherwise being duly advised, it is hereupon,

**ORDERED and ADJUDGED**:

1. The settlement in this case is hereby **APPROVED.**

2. The Settlement Agreement between the parties is hereby **SEALED** from the public domain and shall remain such for a period of no less than 5 years.

DONE & ORDERED this ___ day of _____, 2016.

                                                      **DISTRICT COURT JUDGE**

cc:
Peter M. Hoogerwoerd, Esq. and Waynice A. Green, Esq.,
Geralyn M. Passaro, Esq. and Angela Swenka, Esq.