IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 16-cv-60846-KMM

LOURDES ENAMORADO,

    Plaintiff,

v.

A.N.T. SERVICES CORP.,
A Limited Liability Company and
TERESA CEBALLOS, individually,

    Defendants.
_____/

## NOTICE OF FILING SEALED DOCUMENT

Defendants, A.N.T. SERVICES CORP. and TERESA CEBALLOS, by and through the undersigned counsel, and pursuant to this Court's Order dated June 8, 2016, file this Notice of Filing Sealed Document.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was electronically filed with the Clerk of Court using CM/ECF this 14th day of June 2016, to **Peter M. Hoogerwoerd, Esq.** and **Waynice A. Green, Esq.**, Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, FL 33130, E-Mail: wgreen@rgpattorneys.com and PMH@rgpattorneys.com.

    LITCHFIELD CAVO LLP
    600 Corporate Drive, Suite 600
    Fort Lauderdale, Florida 33334
    (954) 689-3000 - Office
    (954) 689-3001 – Facsimile
    passaro@litchfieldcavo.com
    Swenka@litchfieldcavo.com
    Donaldson@litchfieldcavo.com

    By: _/s/ Geralyn M. Passaro_
    Geralyn M. Passaro, Esq.
    Florida Bar No. 613533
    Angela M. Swenka, Esq.
    Florida Bar No.: 047397